IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

JOHN DAVID LANSDELL                                                PLAINTIFF

v.                                          CIVIL ACTION NO. 1:18-cv-00065-GHD-DAS

LEE MILLER, In His Individual Capacity; and
LEE COUNTY, MISSISSIPPI                              DEFENDANTS

## ORDER

Pursuant to an opinion entered this date, it is hereby ORDERED that:

(1) the Defendant Lee Miller's motion for qualified immunity [67] is GRANTED;

(2) the Plaintiff's claims against the Defendant Lee Miller are DISMISSED WITH PREJUDICE;

(3) the Defendant Lee County, Mississippi's motion for summary judgment [72] is GRANTED, and the Plaintiff's claims against Lee County are DISMISSED WITH PREJUDICE;

(4) the Defendant Lee Miller's motion for partial summary judgment or other relief based on judicial estoppel [69] is DENIED AS MOOT; and

(5) this case is CLOSED.

All memoranda, depositions, declarations, and other materials considered by the Court in ruling on these motions are hereby incorporated into and made a part of the record in this action.

SO ORDERED, this, the 3d day of February, 2020.

_____
SENIOR U.S. DISTRICT JUDGE